UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARSHALL A. VIGIL, | ) | No. CV 09-1657 GAF (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| LARRY SMALL (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 10, filed May 12, 2009) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: <u>May 5, 2010</u>

```
                              _____
                                      GARY A. FEESS
                              United States District Judge
```