**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARSHALL A. VIGIL, | ) | No. CV 09-1657 GAF (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:  May 5, 2010

                                      GARY A. FEESS
                              United States District Judge